MICHELE BECKWITH
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:24-PO-00373-CKD |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| LUZ FULLER, | ) ) | DATE: January 27, 2025 TIME: 10:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Carolyn K. Delaney |

   It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:24-PO-00373-CKD is GRANTED.

   It is further ordered that the bench trial scheduled on January 27, 2025, is vacated.

   IT IS SO ORDERED.

Dated: January 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE